IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ANISHA H. ITUAH,<br>*by her Guardian, Angela McKay*,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN STATE HOSPITAL,<br>ALAN R. NOTTEBART,<br>CATHERINE NOTTEBART,<br>*and* JOHN DOES 1–5, *Employees of Austin State Hospital*,<br><br>Defendants. | 1:18-CV-11-RP |

## **FINAL JUDGMENT**

On March 21, 2022, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation. (R. & R., Dkt. 162). The Court's Order dismissed with prejudice Plaintiff Anisha Ituahs' claims in this case. (Order, Dkt. 170, at 2).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on March 22, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE